**Fill in this information to identify the case:**

Debtor 1: Gulsanga Safi

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Virginia
(State)

Case number: 15-50273-SCS                    (Newport News)

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 8 9

**Property address:** 1221 Mill Pond Ct.
Number   Street

_____

Newport News        VA      23602
City                State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ _____

c. **Total**. Add lines a and b.                                                        (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/___
MM / DD / YYYY

---

Form 4100R           **Response to Notice of Final Cure Payment**           page **1**

Debtor 1   Gulsanga Safi
           First Name   Middle Name   Last Name

Case number (*if known*) 15-50273-SCS

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Keith Yacko
Signature

Date  04 / 07 / 2020

Print   Keith   Yacko
        First Name   Middle Name   Last Name

Title   Attorney for creditor

Company   McMichael Taylor Gray, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3550 Engineering Drive, Suite 260
          Number    Street

          Peachtree Corners,    GA    30092
          City                  State  ZIP Code

Contact phone   (407) 289-4347

Email   kyacko@mtglaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF REPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Gulsanga Safi**
1221 Mill Pond Court
Newport News, VA 23602


**Via CM/ECF electronic service:**
**Shanna C. Harris**
John W. Lee, P.C.
2019 Cunningham Drive, Suite 200
Hampton, VA 23666

**Michael P. Cotter**
341 Dial: 866-829-0903 Code: 2027797
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

   **This 7th day of April, 2020.**


                s/ Keith Yacko
                Keith Yacko
                Virginia Bar No. 37854
                McMichael Taylor Gray, LLC
                3550 Engineering Drive
                Suite 260
                Peachtree Corners, GA 30092
                404-474-7149
                kyacko@mtglaw.com